UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FERNANDES PEREIRA,<br><br>        Plaintiff,<br><br>vs.<br><br>C.D.C., et al.,<br><br>        Defendants. | 1:03-cv-06305-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 15)<br><br>**ORDER DISMISSING ENTIRE COMPLAINT/ACTION** |

    Plaintiff, Joe Fernandes Pereira ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 9, 2006, the Magistrate Judge filed Findings and Recommendation that recommended this action be dismissed for Plaintiff's failure to state a claim.  The Finding and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendation were to be filed within twenty (20) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and

1

1  Recommendation.
2      In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendation to
6  be supported by the record and by proper analysis.
7      Accordingly, IT IS HEREBY ORDERED that:
8      1.   The Findings and Recommendation, filed May 9, 2006, are
9  ADOPTED IN FULL; and,
10     2.   The complaint, and therefore this action, is DISMISSED
11 in its entirety.

13 IT IS SO ORDERED.

14 **Dated:   September 12, 2006**               /s/ Anthony W. Ishii
   0m8i78                                  UNITED STATES DISTRICT JUDGE

2